Tristan B.L. SIEGEL, Petitioner,

v.

## DEPARTMENT OF STATE, Respondent.

No. 2012–3039.

United States Court of Appeals,
Federal Circuit.

April 10, 2012.

Tristan B.L. Siegel, of Columbia, MD, pro se.

Ellen M. Lynch, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, for respondent. With her on the brief were Tony West, Assistant Attorney General, Jeanne E. Davidson, Director, and Patricia M. McCarthy, Assistant Director.

MOORE, CLEVENGER, and REYNA, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**